ORIGINAL

David L. Mazaroli
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-16-11
```

-----------------------------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

INDEMNITY INSURANCE COMPANY OF :
NORTH AMERICA,
                                                       :

                              Plaintiff,               :     11 Civ. 6419 (LLS)

      - against -                                      :     **STIPULATION & ORDER**
                                                       :     **OF DISCONTINUANCE**
TIDEWATER EXPRESS INC.;
                                                       :
                              Defendant.
                                                       :

-----------------------------------------------------------x

A settlement agreement having been reached, it is hereby stipulated and agreed that this action is discontinued pursuant to Rule 41 (a) (1)(A)(ii) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

It is further stipulated and agreed that, if the settlement funds are not paid within thirty (30) days of the entry of this order, this action will be restored to the active docket of the Court upon letter application of plaintiff's counsel.

Dated:  New York, New York
        December 16, 2011

                                 SO ORDERED:

                                 _____
                                 UNITED STATES DISTRICT JUDGE

[signatures of counsel on p. 2]

11 Civ. 6419 (LLS)
Stipulation & Order of Discontinuance
Page 2


LAW OFFICES,
DAVID L. MAZAROLI

_David L. Mazaroli_
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax.: (212)732-7352
E-mail: dlm@mazarolilaw.com
File No.: 10G-1955

George W. Wright & Associates LLC
Attorneys for Defendant
TIDEWATER EXPRESS INC.

_George W. Wright_
George W. Wright
605 Main Street
Hackensack, New Jersey 07601
Tel (201)342-8884